IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RHONDA THOMAS, *et al.*,

    Plaintiffs,

v.                                                  Civ. No. 20-1176 GBW/KK

SANDIA PREPARATORY SCHOOL,

    Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING Plaintiffs' Complaint for Damages WITH PREJUDICE.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**